**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| KIMBERLY STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-cv-00682-SPC-MRM |
| | ) | |
| CHW GROUP, INC. d/b/a CHOICE HOME | ) | |
| WARRANTY, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff, KIMBERLY STEPHENS, ("Plaintiff"), through her attorney, Hormozdi Law

Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case.

Plaintiff anticipates dismissing this case, with prejudice, within 30 days.


RESPECTFULLY SUBMITTED,


November 15, 2018                     By: /s/ Shireen Hormozdi
                                          Shireen Hormozdi
                                          State Bar No: 0882461
                                          Hormozdi Law Firm, LLC
                                          1770 Indian Trail Lilburn Road, Suite 175
                                          Norcross, GA 30093
                                          Tel: 678-395-7795
                                          Fax: 866-929-2434
                                          E-mail: shireen@norcrosslawfirm.com
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On November 15, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Shireen Hormozdi
Shireen Hormozdi